JAMES E. YORK, Appellant, *v.* JOHN E. SEARLES et al.,
Respondents.

*York* v. *Searles*, 97 App. Div. 331, affirmed.
(Argued October 16, 1907; decided November 1, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 24, 1904, affirming a judgment in favor of defend-
ants entered upon a dismissal of the complaint by the court
on trial at Special Term in an equitable action to have plain-
tiff decreed the owner of certain stock under certain contracts
and to restrain the defendants from selling the same.

*Lucius E. Judson* for appellant.

*George W. Schurman, Richard E. Dwight* and *Edward
J. Patterson* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER and HISCOCK, JJ. Not sitting : WILLARD
BARTLETT, J.